**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

RICHARD MAUL,            )
                               )
             Petitioner,   )
                               )
    vs.                   )     No. 1:09-cv-0110-SEB-TAB
                               )
JEFF WRIGLEY,          )
                               )
             Respondent.   )

**E N T R Y**

      This cause is **dismissed for failure to prosecute**, a disposition based on the petitioner's failure to supplement his petition for writ of habeas corpus as directed in the Entry Directing Further Proceedings (dkt 3).

      Judgment dismissing this action without prejudice shall now issue.

      **IT IS SO ORDERED.**

Date:   03/26/2009

                                            SARAH EVANS BARKER, JUDGE
                                          United States District Court
                                          Southern District of Indiana